FRANK B. TOWNSEND, Appellant, *v.* EZEKIEL C. PERRY,
et al., Respondents.

*Townsend v. Perry,* 177 App. Div. 415, affirmed.

(Argued January 8, 1920; decided January 27, 1920.)

APPEAL from a judgment entered May 17, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial deparrment, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term after certain issues of fact had been decided by a jury, and directing a dismissal of the complaint. The action is brought to recover certain real and personal property of which one Cyrenius C. Townsend and Mary J. Townsend, his wife, of the town of Jerusalem, Yates county, N. Y., or either of them, died seized and possessed, under a claim of ownership thereof asserted by plaintiff under an alleged contract between the Townsends and plaintiff's mother, made in 1862, whereby plaintiff was adopted by the Townsends, they in turn agreeing, in consideration of the relinquishment by plaintiff's mother of all claim to plaintiff, that the latter should, upon their decease, inherit all their property and estate, if they died without other children, and that if lineal descendants should survive them, then plaintiff should share equally therein with such descendants.

*James O. Sebring* and *Joseph M. Gazzam* for appellant.

*Fred A. Robbins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.